

# NUMBERS 13-22-00134-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ROBERTO RODRIGUEZ
A/K/A ROBERT RODRIGUEZ,                                          Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 103rd District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Chief Justice Contreras**

Appellant filed a notice of appeal attempting to appeal an order entered in trial

court cause number 2020-DCR-2111. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, we note the trial court has certified that this

"is a plea-bargain case and the defendant has NO right of appeal" without permission of

the Court. *See* TEX. R. APP. P. 25.2(a)(2). On April 5, 2022, the Court ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. In response, appellant's counsel filed a letter indicating appellant waived his right to appeal and does not otherwise have the right to appeal this case.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is dismissed for want of jurisdiction.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
26th day of May, 2022.